**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN LUCIA and JEFFREY LUCIA, on behalf of themselves and other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A. d/b/a WELLS FARGO HOME MORTGAGE and DOES 1-10,<br><br>Defendants. | No. C 10-04749 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS** |

This matter is set for a hearing on March 4, 2011 on Defendant Wells Fargo Bank, N.A.'s motion to dismiss. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than December 20, 2010 and a reply brief shall be filed by no later than January 3, 2011.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: December 6, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE