BRIAN R. STRANGE (SBN 103252)
LACOUNSEL@EARTHLINK.NET
GRETCHEN CARPENTER (SBN 180525)
GCARPENTER@STRANGEANDCARPENTER.COM
STRANGE & CARPENTER
12100 WILSHIRE BLVD., SUITE 1900
LOS ANGELES, CA 90025
TELEPHONE: (310) 207-5055
FAX: (310) 826-3210

PATRICK M. DUNLEVY (SBN 162722)
PDUNLEVY@PUBLICCOUNSEL.ORG
PUBLIC COUNSEL
610 SOUTH ARDMORE AVENUE
LOS ANGELES, CALIFORNIA 90005
TELEPHONE: (213) 385-2977
FAX: (213) 385-9089

ATTORNEYS FOR PLAINTIFFS KAREN LUCIA AND JEFFREY LUCIA

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISO DIVISION**

| | |
|---|---|
| KAREN LUCIA and JEFFREY LUCIA, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>WELLS FARGO BANK, N.A. d/b/a WELLS FARGO HOME MORTGAGE and DOES 1 through 10,<br><br>    Defendants. | Case No. CV10 4749 JSW<br><br>**STIPULATION TO MODIFY BRIEFING SCHEDULE ON MOTION TO DISMISS; [PROPOSED] ORDER**<br><br>**(Class Action)**<br><br>Assigned to the Honorable Jeffrey S. White<br><br>Action Filed on October 20, 2010 |

**STIPULATION TO MODIFY BRIEFING SCHEDULE ON MOTION TO DISMISS;
[PROPOSED] ORDER**

1  WHEREAS, on December 3, 2010, Defendant filed a Motion to Dismiss, which was initially set for hearing on March 4, 2011;

WHEREAS, pursuant to the Court's December 6, 2010 Order Setting Briefing Schedule on Motion to Dismiss, the briefing schedule was advanced, such that Plaintiff's opposition to Defendant's motion to dismiss is due by December 20, 2010, and Defendant's reply brief is due by January 3, 2011;

WHEREAS, the Court's December 6, 2010 Order provided that the parties could submit for the Court's consideration a stipulation to modify the aforementioned briefing schedule for good cause;

WHEREAS, due to their current workloads and the holiday season, Plaintiff's counsel have requested, and Defendant's counsel have agreed, to mutually extend the opposition and reply briefing schedule in order to provide the parties with sufficient time to adequately brief the issues raised in the Motion;

WHEREAS, because the office of Plaintiff's co-counsel, Public Counsel, will be closed for the week between Christmas and New Year's Day (December 27 – 31, 2010), Plaintiff's counsel have requested, and Defendant's counsel have agreed, to mutually extend the opposition and reply briefing deadlines by three weeks; and

WHEREAS, good cause exists for a modification of the current briefing schedule, no prejudice will result to any party from the modification requested herein, and the requested modification will not alter the March 4, 2011 hearing date on the motion to dismiss set by the Court.

///
///
///
///
///

1
**STIPULATION TO MODIFY BRIEFING SCHEDULE ON MOTION TO DISMISS; [PROPOSED] ORDER**

THERFORE, pursuant to Civil Local Rules 6-2 and 7-12, the parties hereby stipulate, subject to Court approval, that Plaintiff's opposition to Defendant's motion to dismiss will be filed no later than January 10, 2011, and Defendant's reply brief will be filed no later than February 14, 2011.

**IT IS SO STIPULATED.**

DATED: December 9, 2010        **STRANGE & CARPENTER**

By: ____/s/ Gretchen Carpenter_____
Gretchen Carpenter
Attorney for Plaintiffs Karen and Jeffrey Lucia

DATED: December 9, 2010        **K&L GATES**

By: ____/s/_David Christensen_____
David Christensen (*pro hac vice*)
Attorney for Defendant Wells Fargo Bank, N.A.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: December 10, 2010        By: _____/s/ Jeffrey S. White_____
Hon. Jeffrey S. White
United States District Court Judge

---

2
**STIPULATION TO MODIFY BRIEFING SCHEDULE ON MOTION TO DISMISS;
[PROPOSED] ORDER**