Matthew G. Ball (SBN: 208881)
matthew.ball@klgates.com
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel.: (415) 882-8200
Fax: (415) 882-8220

Irene C. Freidel (*pro hac vice*)
irene.freidel@klgates.com
David D. Christensen (*pro hac vice*)
david.christensen@klgate.com
**K&L GATES LLP**
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Tel.: (617) 261-3100
Fax: (617) 261-3175n

Attorneys for Defendant Wells Fargo Bank, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN LUCIA and JEFFREY LUCIA, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A. d/b/a WELLS FARGO HOME MORTGAGE and DOES 1 through 10,<br><br>Defendants. | Case No. 3:10-CV-04749 (JSW)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>The Hon. Jeffrey White<br>Complaint filed: October 20, 2010 |

1      Pursuant to Local Rules 6-3 and 7-11, and good cause so appearing, Defendant Wells Fargo

2  Bank, N.A.'s Administrative Motion to Continue Case Management Conference is hereby

3  GRANTED. The case management conference currently scheduled for April 8, 2011 at 1:30 p.m., is
     vacated and shall be rescheduled, if necessary, by separate order.
4  hereby ~~continued to~~ _____, 2011 at _____. The parties shall file a joint case

5  management statement no later than five (5) court days prior to the conference.

6      IT IS SO ORDERED.

7

8  Dated: __March 21_____, 2011        _____
                                              Hon. Jeffrey S. White
9                                             United States District Judge

---

~~[PROPOSED]~~ ORDER GRANTING ADMIN. MOTION TO CONTINUE CASE MGMT. CONFERENCE
Case No. 3:10-CV-04749-JSW