1 | Matthew G. Ball (SBN: 208881)
matthew.ball@klgates.com
2 | **K&L GATES LLP**
Four Embarcadero Center, Suite 1200
3 | San Francisco, CA 94111
Tel.: (415) 882-8200
4 | Fax: (415) 882-8220

5 | Irene C. Freidel (*pro hac vice*)
irene.freidel@klgates.com
6 | David D. Christensen (*pro hac vice*)
david.christensen@klgates.com
7 | **K&L GATES LLP**
State Street Financial Center
8 | One Lincoln Street
Boston, MA 02111-2950
9 | Tel.: (617) 261-3100
Fax: (617) 261-3175
10 |
*Attorneys for Defendant Wells Fargo Bank, N.A.*
11 |

12 | **UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**
13 |

| PHILLIP R. CORVELLO, On Behalf of Himself and All Others Similarly Situated, | Case No. 10-CV-05072-JSW |
|---|---|
| Plaintiff, | The Hon. Jeffrey S. White |
| v. | |
| WELLS FARGO BANK, N.A. d/b/a WELLS FARGO HOME MORTGAGE d/b/a AMERICA'S SERVICING COMPANY, | |
| Defendant. | |
| KAREN LUCIA and JEFFREY LUCIA, on behalf of themselves and others similarly situated, | Case No. 10-CV-04749-JSW |
| Plaintiffs, | The Hon. Jeffrey S. White |
| v. | |
| WELLS FARGO BANK, N.A. d/b/a WELLS FARGO HOME MORTGAGE and DOES 1 through 10, | |
| Defendants. | |

14
15
16
17
18
19
20
21
22
23
24
25
26
27

28 | **STIPULATED ORDER REGARDING NON-WAIVER OF PRIVILEGED AND CONFIDENTIAL MATERIAL**

1  WHEREAS, the parties hereto have agreed to produce documents deemed discoverable under the

2  Federal Rules of Civil Procedure, that are responsive to each other's discovery requests and not

3  privileged or otherwise exempted from discovery under the Federal Rules of Evidence, Federal Rules

4  of Civil Procedure, or other applicable law;

5  WHEREAS, some of the documents exchanged in this matter may contain attorney-client or

6  common interest privileged communications or other information subject to privilege protections

7  recognized under federal or state law or the Federal Rules of Evidence and accordingly not subject to

8  discovery under the Federal Rules of Civil Procedure or the Federal Rules of Evidence ("Privileged

9  Material");

10  WHEREAS, some of the documents exchanged in this matter may contain protected attorney

11  work-product material prepared or compiled in anticipation of litigation and accordingly not subject

12  to discovery under the Federal Rules of Civil Procedure or the Federal Rules of Evidence ("Work-

13  Product Material");

14  WHEREAS, despite each party's best efforts to conduct an appropriate pre-production review

15  of all documents, some Privileged Material and/or Work Product Material (together, "Protected

16  Material") may inadvertently be disclosed to the other party during the course of this litigation;

17  WHEREAS, this Stipulated Order is intended to supplement the terms of the parties'

18  Stipulated Protective Order filed with the Court on April 8, 2014 ("Protective Order"); and

19  WHEREAS, the undersigned parties desire to establish a mechanism to avoid waiver of

20  privilege or any other applicable protective evidentiary doctrine as a result of the inadvertent

21  disclosure of Protected Material;

22  IT IS HEREBY STIPULATED BY THE PARTIES AND ORDERED BY THE COURT that

23  the following terms shall govern the disclosure of Protected Material in this action.

24  **1.      NON-WAIVER OF PRIVILEGE OR OTHER PROTECTIVE DOCTRINE BY**

25  **INADVERTENT DISCLOSURE**

26  1.1.    Pursuant to Fed. R. Evid. 502(d), the inadvertent disclosure of any document that is

27  subject to a legitimate claim that the document should have been withheld from disclosure as

28  Protected Material shall NOT waive any privilege or other applicable protection for that document or

1    for the subject matter of the inadvertently disclosed document if the producing party, upon becoming

2    aware of the disclosure, promptly requests its return and had taken reasonable precautions to avoid

3    such inadvertent disclosure.

4        1.2.    Except in the event that the receiving party disputes the claim, any documents that the

5    producing party deems to contain inadvertently disclosed Protected Material shall be, upon written

6    request, promptly returned to the producing party or destroyed, at the producing party's option. This

7    includes all copies, electronic or otherwise, of any such documents, including specifically the

8    electronic load files of any documents produced electronically; any copies maintained as part of

9    another party's counsel's electronic document database(s); any copies of such documents that have

10   been emailed among another party's counsel or that counsel's staff or agents; any copies of such

11   documents that have been shared, whether in hard copy or electronically with a party or with any

12   third-party; or any electronic or hard copy versions of electronic documents that have been collected

13   together as part of another counsel's work-product relating to this litigation (*e.g.*, witness notebooks).

14   In the event that the producing party requests destruction, the receiving party shall provide written

15   certification of compliance within thirty (30) days of such written request unless the claim is

16   disputed.

17       1.3.    In the event that the receiving party disputes the producing party's claim as to the

18   privileged or otherwise protected nature of the inadvertently disclosed material, a single set of copies

19   may be sequestered and retained by the receiving party for the sole purpose of seeking court

20   determination of the issue pursuant to Federal Rule of Civil Procedure 26(b)(5)(B) and/or Rule 502 of

21   the Federal Rules of Evidence.

22       1.4.    Any Protected Material inadvertently disclosed by the producing party to the receiving

23   party pursuant to this Stipulated Order shall be and remain the property of the producing party.

24       1.5.    To the extent that there may be inconsistency between the stipulations in this

25   Stipulated Order and Federal Rule of Civil Procedure 26(b)(5), including Rule 26(b)(5)(B), and Rule

26   502 of the Federal Rules of Evidence (the "Rules"), the Rules shall control.

27       1.6.    If Protected Material is disclosed through inadvertence or otherwise to any person not

28   a party to this Stipulated Order, the party causing such disclosure shall inform the person receiving

the Protected Material that the information is covered by this Stipulated Order, make its best efforts to retrieve the Protected Material, and promptly inform the producing party of the disclosure.

1.7.    This Stipulated Order shall be effective and binding on the parties hereto when signed regardless of whether or when the court enters its Order thereon.

1.8    Nothing herein shall prevent any party from applying to the Court for a modification of this Stipulated Order should the moving party believe the terms herein, as originally agreed upon, are hampering its efforts to prepare for trial; or from applying to the Court for further or additional protective orders; or from a stipulation between the parties to any modification of this Stipulated Order, subject to the approval of the Court.

1.9.    This Stipulated Order shall survive the final termination of this case regarding any retained documents or contents thereof.

1    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

2    Dated:  April 8, 2014

3

4    */s/ Irene C. Freidel*                          */s/ Thomas J. O'Reardon (by permission ICF)*
     Irene C. Freidel (*pro hac vice*)               Timothy G. Blood (SBN 149343)
5    irene.freidel@klgates.com                       tblood@bholaw.com
     David D. Christensen (*pro hac vice*)           Leslie E. Hurst (SBN 178432)
6    david.christensen@klgates.com                   lhurst@bholaw.com
     K&L GATES LLP                                   Thomas J. O'Reardon, II (SBN 247952)
7    State Street Financial Center                   toreardon@bholaw.com
     One Lincoln Street                              BLOOD HURST O'REARDON LLP
8    Boston, MA 02111-2950                           701 B Street, Suite 1700
     Tel.:  (617) 261-3100                           San Diego, CA 92101
9    Fax:  (617) 261-3175                            Tel.: (619) 338-1100
                                                     Fax: (619) 338-1101
10   Matthew G. Ball
     matthew.ball@klgates.com                        Alisa A. Martin (SBN 224037)
11   K&L GATES LLP                                   alisa@pattersonlawgroup.com
     Four Embarcadero Center, Suite 1200             James R. Patterson (SBN 211102)
12   San Francisco, CA 94111                         jim@pattersonlawgroup.com
     Tel.: (415) 882-8200                            PATTERSON LAW GROUP
13   Fax: (415) 882-8220                             402 West Broadway, 29th Floor
                                                     San Diego, CA 92101
14   **Attorneys for Defendant Wells Fargo**         Tel.: (619) 756-6990
     **Bank, N.A.**                                  Fax: (619) 756-6991
15
                                                     Todd D. Carpenter (SBN 234463)
16   */s/ Brian R. Strange (by permission ICF)*      tcarpenter@bffb.com
                                                     BONNETT FAIRBOURN FRIEDMAN & BALINT, PC
17   Brian R. Strange (SBN 103252)                   600 West Broadway, Suite 900
     lacounsel@earthlink.net                         San Diego, CA 92101
18   Gretchen Carpenter (SBN 180525)                 Tel.: (619) 756-6978
     gcarpenter@strangeandcarpenter.com              Fax: (602) 274-1199
19   STRANGE & CARPENTER
     12100 Wilshire Blvd., Suite 1900                Patricia Nicole Syverson (SBN 203111)
20   Los Angeles, CA 90025                           psyverson@bffb.com
                                                     BONNETT FAIRBOURN FRIEDMAN & BALINT, PC
21   Phone: (310) 207-5055                           2325 E. Camelback Road, Suite 300
     Fax: (310) 826-3210                             Phoenix, AZ 85016
22                                                   Tel.: 602-274-1100
     Patrick Mark Dunlevy (SBN 162722)               Fax: 602-274-1199
23   pdunlevy@publiccounsel.org
     Public Counsel                                  **Attorneys for Plaintiff Phillip R. Corvello**
24   610 South Ardmore Avenue
     Los Angeles, CA 90005
25   Phone: (213) 385-2977
     Fax: (213) 385-9089
26
     **Attorneys for Plaintiffs Karen and**
27   **Jeffrey Lucia**

28

---

**STIPULATED ORDER REGARDING NON-WAIVER**

1

2    PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

5    DATED:  April 9, 2014                           _____
                                                      Hon. Jeffrey S. White

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**STIPULATED ORDER REGARDING NON-WAIVER**

- 6 -