IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIRA JACKMON, | |
| Plaintiff, | No. C 11-03884 JSW |
| v. | |
| AMERICA'S SERVICING COMPANY and WELLS FARGO BANK, N.A., | **ORDER OF RECUSAL** |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2 of the Assignment Plan.

**IT IS SO ORDERED.**

Dated: January 21, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Case 3:10-cv-04749-VC   Document 76   Filed 01/23/15   Page 2 of 2