IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMIRA JACKMON,

          Plaintiff,

    v.

AMERICA'S SERVICING COMPANY and
WELLS FARGO BANK, N.A.,

          Defendants.

_____/

No. C 11-03884 JSW

Related Cases:
No. C 10-04749 JSW
No. C 10-05072 JSW

**ORDER OF RECUSAL**

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the court, finding myself disqualified in the above-entitled
action, hereby recuse myself from this case and request that the case be reassigned pursuant to
the provisions of paragraph E.2 of the Assignment Plan.

**IT IS SO ORDERED.**

Dated:   January 21, 2015

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE