IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIRA JACKMON,<br><br>        Plaintiff,<br><br>   v.<br><br>AMERICA'S SERVICING COMPANY and<br>WELLS FARGO BANK, N.A.,<br><br>        Defendants.<br>_____/ | No. C 11-03884 JSW<br><br>Related Cases:<br>No. C 10-04749 JSW<br>No. C 10-05072 JSW<br><br>**ORDER OF RECUSAL** |

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2 of the Assignment Plan.

**IT IS SO ORDERED.**

Dated:   January 21, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE