1  Steve W. Berman (Pro Hac Vice)
   Thomas E. Loeser (Cal. Bar No. 202724)
2  HAGENS BERMAN SOBOL SHAPIRO LLP
   1918 Eighth Avenue, Suite 3300
3  Seattle, WA 98101
   Telephone: (206) 623-7292
4  Facsimile: (206) 623-0594
   steve@hbsslaw.com
5  toml@hbsslaw.com

6  Peter B. Fredman (Cal. Bar No. 189097)
   LAW OFFICE OF PETER FREDMAN PC
7  125 University Ave, Suite 102
   Berkeley, CA 94710
8  Telephone: (510) 868-2626
   Facsimile: (510) 868-2627
9  peter@peterfredmanlaw.com

10 *Attorneys for Plaintiff AMIRA JACKMON
   and persons similarly situated*

Matthew G. Ball (SBN: 208881)
matthew.ball@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel.: (415) 882-8200
Fax: (415) 882-8220

Irene C. Freidel (*pro hac vice*)
irene.freidel@klgates.com
David Christensen (*pro hac vice*)
david.christensen@klgates.com
Jennifer J. Nagle (*pro hac vice*)
jennifer.nagle@klgates.com
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Tel.: (617) 261-3100
Fax: (617) 261-3175

*Attorneys for Defendant
WELLS FARGO BANK, N.A.*

13 Timothy G. Blood (Cal. Bar No. 149343)
   Thomas J. O'Reardon II (Cal. Bar No. 247952)
14 BLOOD HURST & O'REARDON LLP
   600 B. Street, Suite 1550
15 San Diego, CA 92101
   Telephone: (619) 338-1100
16 Facsimile: (619) 338-1101
   tblood@bholaw.com
17 toreardon@bholaw.com

Brian R. Strange (Cal. Bar No. 103252)
lacounsel@earthlink.net
Gretchen Carpenter (Cal. Bar No. 180525)
gcarpenter@strangeandcarpenter.com
STRANGE & CARPENTER
12100 Wilshire Blvd, Suite 1900
Los Angeles, CA 90025
Telephone: (310) 207-5055
Facsimile: (310) 8263210

18 *Attorneys for Plaintiff PHILLIP R. CORVELLO,
   and persons similarly situated*

*Attorneys for Plaintiffs KAREN LUCIA and
JEFFREY LUCIA and persons similarly
situated*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAREN LUCIA and JEFFREY LUCIA, individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A. d/b/a WELLS FARGO HOME MORTGAGE; and DOES 1 through 10,<br><br>Defendants. | Case No. 3:10-cv-04749-VC<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [~~PROPOSED~~] SCHEDULING ORDER**<br><br>Hon. Vince Chhabria |

| | |
|---|---|
| PHILLIP R. CORVELLO, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A. d/b/a WELLS FARGO HOME MORTGAGE d/b/a AMERICA'S SERVICING COMPANY,<br><br>Defendant. | Case No. 10-cv-05072-VC |
| AMIRA JACKMON, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICA'S SERVICING COMPANY and WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No. 11-cv-03884-VC |

TO THE HONORABLE VINCE CHHABRIA, UNITED STATES DISTRICT JUDGE, PLAINTIFFS KAREN AND JEFFREY LUCIA, PHILLIP R. CORVELLO, AND AMIRA JACKMON, THEIR COUNSEL OF RECORD, AND ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that pursuant to the Court's February 3, 2015 Order, Plaintiffs Karen and Jeffrey Lucia ("Lucia"), Phillip R. Corvello ("Corvello"), and Amira Jackmon ("Jackmon") (collectively, "Related Plaintiffs"), and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") (collectively, the "Parties"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, the Court held a case management conference in these related actions on February 3, 2015; and

WHEREAS, the Court has ordered that any motion(s) for class certification to be filed by the Related Plaintiffs must be heard by the Court by no later than October 29, 2015; and

WHEREAS, the Court instructed the Parties in its February 3, 2015 Order to file a joint stipulation setting out such further deadlines as the Parties have agreed upon for completion of discovery and briefing on class certification; and

WHEREAS, the Parties have conferred and agreed upon certain deadlines for the completion of discovery and briefing on class certification.

**IT IS HEREBY STIPULATED AND AGREED** by the Parties that:

1. Counsel for Jackmon will propose consolidated ESI terms and custodians to the existing draft protocol previously negotiated between counsel for Wells Fargo, Lucia, and Corvello by **February 13, 2015**;

2. Wells Fargo will make its best effort to respond to such proposal by **February 20, 2015**;

3. The Parties shall finalize one ESI protocol to govern each of the three cases by **February 27, 2015**;

4. Wells Fargo will make its best effort to complete rolling ESI productions pursuant to the agreed upon protocol by **April 10, 2015**;[1]

5. All pre-certification fact discovery, including fact depositions, will be completed by **June 5, 2015**;

6. Related Plaintiffs will disclose the identities and curriculum vitae of any experts they intend to use in support of class certification by **June 19, 2015**;[2]

7. Related Plaintiffs will file their motion(s) for class certification by **July 2, 2015**;

8. Wells Fargo will disclose the identities and curriculum vitae of any experts it intends to use in support of its opposition(s) to class certification by **August 14, 2015**;[3]

---

[1] Wells Fargo will produce a privilege log within two weeks of completing its rolling ESI productions.

[2] Related Plaintiffs agree that they will make such expert(s), if any, available for deposition within three weeks after filing their brief(s) in support of class certification, on a date to be mutually agreed upon by the Parties.

[3] Wells Fargo agrees that it will make such expert(s), if any, available for deposition within three weeks after filing its brief(s) in opposition to class certification, on a date to be mutually agreed upon by the Parties.

9. Wells Fargo will file its opposition(s) to class certification by **August 28, 2015**;

10. Related Plaintiffs will file their reply(ies) in support of class certification by **October 9, 2015**.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

| | |
|---|---|
| */s/ Peter B. Fredman* | */s/ Irene C. Freidel* |
| Thomas E. Loeser | Matthew G. Ball |
| HAGENS BERMAN SOBOL SHAPIRO | Irene C. Freidel (*pro hac vice*) |
| | David D. Christensen (*pro hac vice*) |
| Peter B. Fredman | Jennifer J. Nagle (*pro hac vice*) |
| LAW OFFICE OF PETER FREDMAN PC | K&L GATES LLP |
| *Counsel for Plaintiff AMIRA JACKMON* | *Counsel for Defendant WELLS FARGO BANK, N.A.* |
| | |
| */s/ Timothy G. Blood* | */s/ Gretchen Carpenter* |
| Timothy G. Blood | Gretchen Carpenter |
| Thomas J. O'Reardon II | STRANGE & CARPENTER |
| BLOOD HURST & O'REARDON LLP | |
| *Counsel for Plaintiff* *PHILLIP R. CORVELLO* | *Counsel for Plaintiffs* *KAREN and JEFFREY LUCIA* |

Dated:  February 9, 2015

I, IRENE C. FREIDEL, am the ECF User whose ID and password are being used to file this document and, in compliance with Local Rule 5-1(i)(3), hereby attest that all signatories concur with this filing.

| */s/ Irene C. Freidel* |
|---|
| Irene C. Freidel |

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3  DATED: February 11, 2015

4  Hon. Vince Chhabria
United States District Judge