Matthew G. Ball (SBN: 208881)
matthew.ball@klgates.com
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel.: (415) 882-8200
Fax: (415) 882-8220

Irene C. Freidel (*pro hac vice*)
irene.freidel@klgates.com
David D. Christensen (*pro hac vice*)
david.christensen@klgate.com
**K&L GATES LLP**
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Tel.:  (617) 261-3100
Fax:  (617) 261-3175

Attorneys for Defendant Wells Fargo Bank, N.A.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAREN LUCIA and JEFFREY LUCIA, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A. d/b/a WELLS FARGO HOME MORTGAGE and DOES 1 through 10,<br><br>Defendants. | Case No. 10-CV-04749-VC<br><br>**[PROPOSED] ORDER COMPELLING PRODUCTION OF PLAINTIFFS' TAX RETURNS AND UNEMPLOYMENT RECORDS**<br><br>The Hon. Vince Chhabria |

1  The Court, having read and considered the letter submitted jointly by plaintiffs Karen and
2  Jeffrey Lucia ("plaintiffs") and defendant Wells Fargo Bank, N.A. ("Wells Fargo"), HEREBY
3  ORDERS that:
4  Pursuant to Federal Rule of Civil Procedure 37 and Local Rule 37, plaintiffs shall produce (1)
5  their complete tax returns, with schedules, for the 2009 and 2010 tax years (the "Tax Returns") and
6  (2) documents evidencing all unemployment income received by plaintiffs in 2009 and 2010
7  ("Unemployment Records").  The Tax Returns and Unemployment Records shall be produced to
8  Wells Fargo within fourteen (14) days of the date of this order.
9  **IT IS SO ORDERED.**

11  Dated: March 13, 2015

_____
The Honorable Vince Chhabria
United States District Judge

**[PROPOSED] ORDER COMPELLING PRODUCTION OF
PLAINTIFFS' TAX RETURNS AND UNEMPLOYMENT RECORDS**