**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| KAREN LUCIA and JEFFREY LUCIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A. d/b/a WELLS FARGO HOME MORTGAGE and DOES 1 through 10,<br><br>Defendants. | Case No.  CV10 4749 VC<br><br>CLASS ACTION<br><br>[PROPOSED] **ORDER GRANTING STIPULATION TO PERMIT PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT**<br><br>Assigned to the Honorable Vince Chhabria<br><br>Action Filed on October 20, 2010 |

i
**Order Granting Stipulation to Permit Plaintiffs to File First Amended Complaint**

1  Plaintiffs Karen and Jeffrey Lucia ("Plaintiffs") and Defendant Wells Fargo Bank, N.A.
2  ("Defendant') have submitted a stipulation permitting Plaintiffs to file a first amended
3  complaint to add Gail Caplan ("Ms. Caplan") as a representative plaintiff.
4  **PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that Plaintiffs' first
5  amended complaint will be deemed filed and served as of the date of this Order, on the terms
6  and conditions set forth in the parties' stipulation.

DATED: May 26, 2015

Honorable Vince Chhabria
District Court Judge