1 | Steve W. Berman (Pro Hac Vice)
Thomas E. Loeser (Cal. Bar No. 202724)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
toml@hbsslaw.com

Peter B. Fredman (Cal. Bar No. 189097)
LAW OFFICE OF PETER FREDMAN PC
125 University Ave, Suite 102
Berkeley, CA 94710
Telephone: (510) 868-2626
Facsimile: (510) 868-2627
peter@peterfredmanlaw.com

*Attorneys for Plaintiff
AMIRA JACKMON
and persons similarly situated*

Matthew G. Ball (SBN: 208881)
matthew.ball@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel.: (415) 882-8200
Fax: (415) 882-8220

Irene C. Freidel (*pro hac vice*)
irene.freidel@klgates.com
David Christensen (*pro hac vice*)
david.christensen@klgates.com
Jennifer J. Nagle (*pro hac vice*)
jennifer.nagle@klgates.com
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Tel.: (617) 261-3100
Fax: (617) 261-3175

*Attorneys for Defendant
WELLS FARGO BANK, N.A.*

Timothy G. Blood (Cal. Bar No. 149343)
Thomas J. O'Reardon II (Cal. Bar No. 247952)
BLOOD HURST & O'REARDON LLP
600 B. Street, Suite 1550
San Diego, CA 92101
Telephone: (619) 338-1100
Facsimile: (619) 338-1101
tblood@bholaw.com
toreardon@bholaw.com

*Attorneys for Plaintiff
PHILLIP R. CORVELLO,
and persons similarly situated*

Brian R. Strange (Cal. Bar No. 103252)
lacounsel@earthlink.net
STRANGE & CARPENTER
12100 Wilshire Blvd, Suite 1900
Los Angeles, CA 90025
Telephone: (310) 207-5055
Facsimile: (310) 8263210

*Attorneys for Plaintiffs KAREN LUCIA,
JEFFREY LUCIA, and GAIL CAPLAN,
and persons similarly situated*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAREN LUCIA and JEFFREY LUCIA, individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A. d/b/a WELLS FARGO HOME MORTGAGE; and DOES 1 through 10,<br><br>Defendants. | Case No. 3:10-cv-04749-VC<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES PURSUANT TO LOCAL RULE 79-5**<br><br>Hon. Vince Chhabria |

| | |
|---|---|
| PHILLIP R. CORVELLO, individually, and on behalf of others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A. d/b/a WELLS FARGO HOME MORTGAGE d/b/a AMERICA'S SERVICING COMPANY,<br><br>　　　　　Defendant. | Case No. 10-cv-05072-VC |
| AMIRA JACKMON, individually, and on behalf of others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMERICA'S SERVICING COMPANY and WELLS FARGO BANK, N.A.,<br><br>　　　　　Defendants. | Case No. 11-cv-03884-VC |

　　TO THE HONORABLE VINCE CHHABRIA, UNITED STATES DISTRICT JUDGE, PLAINTIFFS KAREN AND JEFFREY LUCIA, GAIL CAPLAN, PHILLIP R. CORVELLO, AND AMIRA JACKMON, THEIR COUNSEL OF RECORD, AND ALL OTHER INTERESTED PARTIES:

　　PLEASE TAKE NOTICE that pursuant to Civ. L.R. 6-1(b), 6-2, and 7-12, plaintiffs Karen Lucia, Jeffrey Lucia, Gail Caplan, Phillip R. Corvello, and Amira Jackmon ("plaintiffs") and defendant Wells Fargo Bank, N.A. ("Wells Fargo") (collectively, the "Parties"), by and through their respective counsel, stipulate and agree as follows:

　　WHEREAS, the Court entered a Scheduling Order in these cases on February 11, 2015 (Dckt. No. 118) ("Scheduling Order"); and

　　WHEREAS, the Scheduling Order requires plaintiffs to file their motion(s) for class certification by July 2, 2015; and

　　WHEREAS, plaintiffs may submit certain documents, testimony, or other information in

support of their motions for class certification that have otherwise been designated as confidential by Wells Fargo or plaintiffs pursuant to the respective protective orders entered in the cases; and

WHEREAS, Local Rule 79-5 requires that plaintiffs file such documents, testimony, or other information in redacted form, and file accompanying administrative motion(s) to seal; and

WHEREAS, Local Rule 79-5 further requires that Wells Fargo submit a response (or responses) to the Court in support of sealing within 4 days of the filing of plaintiffs' administrative motion(s) to seal; and

WHEREAS, because plaintiffs' deadline for filing their motions for class certification falls directly before the federal Fourth of July holiday (on July 2, 2015), and in order to provide Wells Fargo with adequate time to evaluate the material filed by plaintiffs and prepare, as necessary, declarations in support of sealing, the Parties have conferred and agreed upon extending the deadline for plaintiffs to file their respective administrative motions to seal, if any, and the deadline for Wells Fargo to respond to same; and

WHEREAS, the Parties agree that no party will be prejudiced and no other deadlines will be affected by the extension.

**IT IS HEREBY STIPULATED AND AGREED** by the Parties as follows:

1. Plaintiffs' deadline to file their administrative motion(s) to seal, if any, pursuant to Local Rule 79-5 ("Administrative Motion(s)") is extended through and until July 8, 2015.

2. Wells Fargo's deadline to submit its response(s) to the Administrative Motion(s) is extended through and until July 22, 2015.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

| | |
|---|---|
| *Peter B. Fredman (w/permission)* | *Irene C. Freidel* |
| Thomas E. Loeser<br>HAGENS BERMAN SOBOL SHAPIRO<br><br>Peter B. Fredman<br>LAW OFFICE OF PETER FREDMAN PC | Matthew G. Ball<br>Irene C. Freidel (*pro hac vice*)<br>David D. Christensen (*pro hac vice*)<br>Jennifer J. Nagle (*pro hac vice*)<br>K&L GATES LLP |
| *Counsel for Plaintiff AMIRA JACKMON* | *Counsel for Defendant*<br>*WELLS FARGO BANK, N.A.* |
| *Timothy G. Blood (w/permission)* | *Brian Strange (with permission)* |
| Timothy G. Blood<br>Thomas J. O'Reardon II<br>BLOOD HURST & O'REARDON LLP | Brian Strange<br>STRANGE & CARPENTER |
| *Counsel for Plaintiff*<br>*PHILLIP R. CORVELLO* | *Counsel for Plaintiffs*<br>*KAREN and JEFFREY LUCIA and GAIL CAPLAN* |

Dated:  June 22, 2015

   I, IRENE C. FREIDEL, am the ECF User whose ID and password are being used to file this document and, in compliance with Local Rule 5-1(i)(3), hereby attest that all signatories concur with this filing.

*Irene C. Freidel*
Irene C. Freidel

---

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES PURSUANT TO LOCAL RULE 79-5**
**Case Nos. 10-cv-04749-VC; 10-cv-05072-VC; 11-cv-03884-VC**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: June 23, 2015

_____
Hon. Vince Chhabria
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES PURSUANT TO LOCAL RULE 79-5**
**Case Nos. 10-cv-04749-VC; 10-cv-05072-VC; 11-cv-03884-VC**