1

2

3

4

5

6

7

8

9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

13

| | |
|---|---|
| KAREN LUCIA and JEFFREY LUCIA, on behalf of themselves and all others similarly situated, | No. 3:10-CV-04749-VC |
| Plaintiffs, | ~~[PROPOSED]~~ **ORDER REMOVING INCORRECTLY FILED DOCUMENT** |
| v. | |
| WELLS FARGO BANK, N.A. d/b/a WELLS FARGO HOME MORTGAGE and DOES 1 through 10, | |
| Defendants. | |
| PHILLIP R. CORVELLO, on behalf of himself and all others similarly situated, | No. 3:10-CV-05072-VC |
| Plaintiff, | |
| v. | |
| WELLS FARGO BANK N.A. d/b/a WELLS FARGO HOME MORTGAGE d/b/a AMERICA'S SERVICING COMPANY, | |
| Defendant. | |

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

010272-11  792961 V1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| AMIRA JACKMON, individually and on behalf of himself and all others similarly situated, <br><br>                            Plaintiff, <br><br>     v. <br><br> AMERICA'S SERVICING COMPANY and WELLS FARGO BANK N.A., <br><br>                         Defendants. | No. 3:11-cv-03884-VC |

010272-11  792961 V1

1    Pursuant to Plaintiffs' Motion to Remove Incorrectly Filed Document, the Court's staff is

2   instructed to permanently remove Docket Nos. 109-10 (3:10-cv-04749-VC); 76-10 (3:10-cv-05072-

3   VC; and 130-10 (3:11-cv-03884-VC) from the ECF system in the above-captioned cases and replace

4   it with the corrected document attached to Plaintiffs' Motion.

5

6        IT IS SO ORDERED.

7

8        DATED this _____ 10TH day of _____ July , 2015.

9

10

11                                          _____
                                            THE HONORABLE VINCE CHHABRIA
                                            UNITED STATES DISTRICT JUDGE
12

13   Dated:  July 8, 2015

14   HAGENS BERMAN SOBOL SHAPIRO LLP

15

16   By      /s/ Thomas E. Loeser
                 THOMAS E. LOESER (CSB# 202724)

17   Steve W. Berman (*Pro Hac Vice*)
     HAGENS BERMAN SOBOL SHAPIRO LLP
18   1918 Eighth Avenue, Suite 3300
     Seattle, WA 98101
19   Telephone: (206) 623-7292
     Facsimile: (206) 623-0594
20   steve@hbsslaw.com
     toml@hbsslaw.com
21
     Peter B. Fredman (CSB #189097)
22   LAW OFFICES OF PETER FREDMAN
     125 University Ave., Suite 102
23   Berkeley, CA  94710
     Telephone:  (510) 868-2626
24   Facsimile:  (510) 868-2627
     peter@peterfredmanlaw.com
25

26

27

28

[PROPOSED] ORDER REMOVING INCORRECTLY FILED DOCUMENT - 1
Case Nos.: 3:10-CV-04749-VC, 3:10-CV-05072-VC, 3:11-cv-03884-VC
010272-11  792961 V1

1   Timothy G. Blood (CSB #149343)
    Thomas J. O'Reardon II (CSB #247952)
2   Sarah Boot (CSB #253658)
    BLOOD HURST & O'REARDON, LLP
3   701 B Street, Suite 1700
    San Diego, CA  92101
4   Tel: (619) 338-1100
    619/338-1101 (fax)
5   tblood@bholaw.com
    toreardon@bholaw.com
6   sboot@bholaw.com

7   *Attorneys for Plaintiffs Phillip R. Corvello and Amira
    Jackmon and the Proposed Classes*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER REMOVING INCORRECTLY FILED DOCUMENT - 2
Case Nos.: 3:10-CV-04749-VC, 3:10-CV-05072-VC, 3:11-cv-03884-VC
010272-11  792961 V1