Matthew G. Ball (SBN: 208881)
matthew.ball@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel.: (415) 882-8200
Fax: (415) 882-8220

Irene C. Freidel (*pro hac vice*)
irene.freidel@klgates.com
David Christensen (*pro hac vice*)
david.christensen@klgates.com
Jennifer J. Nagle (*pro hac vice*)
jennifer.nagle@klgates.com
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Tel.:  (617) 261-3100
Fax:  (617) 261-3175

*Attorneys for Defendant*
*WELLS FARGO BANK, N.A.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAREN LUCIA, JEFFREY LUCIA, and GAIL CAPLAN on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, N.A. d/b/a WELLS FARGO HOME MORTGAGE and DOES 1 through 10, <br><br> Defendants. | Case No. 3:10-cv-04749-VC <br><br> The Hon. Vince Chhabria <br><br> [~~PROPOSED~~] ORDER <br><br> ORDER DENYING REQUEST FOR EXCESS PAGES |

| | |
|---|---|
| PHILLIP R. CORVELLO, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A. d/b/a WELLS FARGO HOME MORTGAGE d/b/a AMERICA'S SERVICING COMPANY,<br><br>Defendant. | Case No. 4:10-cv-05072-VC |
| AMIRA JACKMON, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICA'S SERVICING COMPANY and WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No. 3:11-cv-03884-VC |

The Court, having read and considered Wells Fargo Bank, N.A.'s Motion to File Consolidated Opposition Brief and to Enlarge Page Limit, and finding good cause therefore, orders as follows:

1. Wells Fargo Bank, N.A. may file a single, consolidated brief in opposition to the motion for class certification and trial plan filed by plaintiffs in the above-captioned, related cases; and

2. The consolidated opposition brief may not exceed 45 pages.

1  **IT IS SO ORDERED.**

2

3  Dated: __August 10_____, 2015

4  _____

5  The Honorable
   United

**DENIED**

*Judge Vince Chhabria*