1  Matthew G. Ball (SBN: 208881)
   matthew.ball@klgates.com
2  **K&L GATES LLP**
   Four Embarcadero Center, Suite 1200
3  San Francisco, CA 94111
   Tel.: (415) 882-8200
4  Fax: (415) 882-8220

5  Irene C. Freidel (*pro hac vice*)
   irene.freidel@klgates.com
6  David D. Christensen (*pro hac vice*)
   david.christensen@klgate.com
7  **K&L GATES LLP**
   State Street Financial Center
8  One Lincoln Street
   Boston, MA 02111-2950
9  Tel.:  (617) 261-3100
   Fax:  (617) 261-3175

10
   Attorneys for Defendant Wells Fargo Bank, N.A.
11

12                **UNITED STATES DISTRICT COURT**

13                **NORTHERN DISTRICT OF CALIFORNIA**

14 | KAREN LUCIA, JEFFREY LUCIA, and GAIL | Case No. 10-CV-04749-VC
   | CAPLAN, on behalf of themselves and others |
15 | similarly situated, |

16 |                        Plaintiffs, | **[PROPOSED] ORDER GRANTING**
   | | **ADMINISTRATIVE MOTION TO**
17 |         v. | **CONSIDER WHETHER CASES**
   | | **SHOULD BE RELATED**
18 | WELLS FARGO BANK, N.A. d/b/a WELLS |
   | FARGO HOME MORTGAGE and DOES 1 |
19 | through 10, | The Hon. Vince Chhabria

20 |                        Defendants. |

21

22

23

24

25

26

27

28

---

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION**
**TO CONSIDER WHETHER CASES SHOULD BE RELATED**

1    The Court, having read and considered Wells Fargo Bank, N.A.'s Administrative Motion to

2  Consider Whether Cases Should Be Related, and finding good cause therefor, orders that the case

3  captioned <u>Goodman v. Wells Fargo Bank, N.A., et al.</u>, No. 3:15-cv-02856-VC (N.D. Cal.), is hereby

4  deemed related to ~~this case.~~ 10-cv-4749-VC.

7    **IT IS SO ORDERED.**

9  Dated: _____August 17_____, 2015

   _____
   The Honorable Vince Chhabria
   United States District Judge