1

2

Matthew G. Ball (SBN: 208881)
matthew.ball@klgates.com
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel.: (415) 882-8200
Fax: (415) 882-8220

Irene C. Freidel (*pro hac vice*)
irene.freidel@klgates.com
David D. Christensen (*pro hac vice*)
david.christensen@klgates.com
Jennifer J. Nagle (*pro hac vice*)
jennifer.nagle@klgates.com
**K&L GATES LLP**
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Tel.: (617) 261-3100
Fax: (617) 261-3175

*Attorneys for Defendant Wells Fargo Bank, N.A.*

Brian R. Strange
lacounsel@earthlink.net
Morvareed Z. Salehpour
msalehpour@strangeandbutler.com
**STRANGE & BUTLER**
12100 Wilshire Blvd, Suite 1900
Los Angeles, CA 90025
Tel.: (310) 207-5055
Fax.: (310) 8263210

Anne Richardson
arichardson@publiccounsel.org
Charles Evans
cevans@publiccounsel.org
**PUBLIC COUNSEL**
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel.: (213) 385-2977
Fax.: (213) 385-9089

[Additional counsel listed on signature page]

*Attorneys for Plaintiffs Karen Lucia, Jeffrey Lucia, and Gail Caplan*

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| KAREN LUCIA, JEFFREY LUCIA, and GAIL CAPLAN,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A. d/b/a WELLS FARGO HOME MORTGAGE AND DOES 1 through 10,<br><br>Defendants. | No. 3:10-CV-04749-VC<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER** AS MODIFIED<br><br>Hon. Vince Chhabria |

**JOINT STIPULATION AND [PROPOSED] ORDER
Case No. 3:10-cv-04749-VC**

1    PLEASE TAKE NOTICE that plaintiffs Karen Lucia, Jeffrey Lucia, and Gail Caplan

2 ("Plaintiffs") and defendant Wells Fargo Bank, N.A. ("Wells Fargo") (collectively, the "Parties"), by

3 and through their respective counsel, stipulate and agree as follows:

4    WHEREAS, this case is related to the cases captioned Corvello v. Wells Fargo Bank, N.A.,

5 No. 3:10-CV-05072-VC (N.D. Cal.) ("Corvello") and Jackmon v. America's Servicing Company,

6 No. 3:11-CV-3884-VC (N.D. Cal.) ("Jackmon");

7    WHEREAS, because the cases are related and this case is the first-filed, plaintiffs filed the

8 Joint Motion for Class Certification (the "Class Certification Motion") in this case as well as in

9 Corvello and Jackmon on July 2, 2015.  See Lucia ECF No. 143.

10    WHEREAS, Plaintiffs did not intend to move for class certification of this action (ECF No.

11 143), and thus no motion for class certification should be pending as to Plaintiffs;

12    WHEREAS, during the October 15, 2015 hearing on the Class Certification Motion in

13 Corvello and Jackmon and in a subsequent order entered October 16, 2015, the Court ordered the

14 Parties to file a stipulation regarding whether this case should be stayed pending resolution of the

15 Class Certification Motion in Corvello and Jackmon (see ECF No. 134);

16    WHEREAS, plaintiff Gail Caplan is a member of the putative class as defined in the Class

17 Certification Motion, and the Parties therefore agree that Caplan's claims should be stayed pending

18 resolution of the Class Certification Motion;

19    WHEREAS, plaintiff Gail Caplan reserves her right to seek to be added as a class

20 representative in the future, and Wells Fargo reserves its right to object to such a request;

21    WHEREAS, plaintiffs Jeffrey and Karen Lucia (the "Lucias") are not members of the putative

22 class as defined in Class Certification Motion; and

23    WHEREAS, because the Lucias are not members of the putative class, the Parties do not

24 believe that a stay as to the Lucias' claims is necessary.

25    **IT IS HEREBY STIPULATED AND AGREED** by the Parties that:

26    (1) This case is not currently proceeding as a putative class action;

27    (2) Plaintiff Gail Caplan is not seeking to be appointed as a class representative at this time;

28    (3) Plaintiffs Jeffrey and Karen Lucia are not seeking to be appointed as class representatives

---

**JOINT STIPULATION AND [PROPOSED] ORDER**
Case No. 3:10-cv-04749-VC
1

in this matter;

(4) The individual claims of plaintiff Gail Caplan, who is a member of the putative class as defined in the Class Certification Motion, are stayed pending resolution of the Class Certification Motion (and resolution of any subsequent appeal pursuant to Fed. R. Civ. P. 23(f)); and

(5) The claims of plaintiffs Jeffrey and Karen Lucia, who are not members of the putative class as defined in the Class Certification Motion, are not stayed and may continue on an individual basis.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

6) The parties in the Lucia case are ordered to file a separate case management statement from the other cases prior to the January 19, 2016 CMC.

1  | Respectfully submitted,

2

3  | KAREN LUCIA, JEFFREY LUCIA, and
GAIL CAPLAN

4  | By their attorneys,

5  | */s/ Charles Evans by permission*

6  | Anne Richardson
arichardson@publiccounsel.org

7  | Charles Evans
cevans@publiccounsel.org

8  | **PUBLIC COUNSEL**
610 South Ardmore Avenue

9  | Los Angeles, CA 90005

10 | Tel.:  (213) 385-2977
Fax.:  (213) 385-9089

11

12 | Brian R. Strange
lacounsel@earthlink.net

13 | Morvareed Z. Salehpour
msalehpour@strangeandbutler.com

14 | **STRANGE & BUTLER**
12100 Wilshire Blvd, Suite 1900

15 | Los Angeles, CA 90025

16 | Tel.: (310) 207-5055
Fax.:  (310) 8263210

17

18 | Thomas Eric Loeser
toml@hbsslaw.com

19 | **HAGENS BERMAN SOBOL SHAPIRO**
1918 Eighth Avenue, Suite 3300

20 | Seattle, WA 98101
Tel.: (206) 623-7292

21 | Fax.: (206) 623-0594

22 | Thomas Joseph O'Reardon , II
toreardon@bholaw.com

23 | Timothy G. Blood
tblood@bholaw.com

24 | **BLOOD HURST O'REARDON LLP**
701 B Street, Suite 1700

25 | San Diego, CA 92101

26 | Tel. (619) 338-1100
Fax: (619) 338-1101

27

28 | Dated:  December 2, 2015

WELLS FARGO BANK, N.A.

By its attorneys,

*/s/ Irene C. Freidel*

Irene C. Freidel (*pro hac vice*)
irene.freidel@klgates.com
David D. Christensen (*pro hac vice*)
david.christensen@klgates.com
Jennifer J. Nagle (*pro hac vice*)
jennifer.nagle@klgates.com
**K&L GATES LLP**
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Tel.:  (617) 261-3100
Fax:  (617) 261-3175

Matthew G. Ball (SBN: 208881)
matthew.ball@klgates.com
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel.: (415) 882-8200
Fax: (415) 882-8220

1

2        I, IRENE C. FREIDEL, am the ECF User whose ID and password are being used to file this

document and, in compliance with Local Rule 5-1(i)(3), hereby attest that all signatories concur with

3   this filing.

4

| /s/ Irene C. Freidel |
|---|
| Irene C. Freidel |

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1      **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3   DATED: <u>December 4, 2015</u>          _____
                                           Hon. Vince Chhabria
4                                          United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28