Brian R. Strange (SBN 103252)
bstrange@strangeandbutler.com
Morvareed Z. Salehpour (SBN 272310)
msalehpour@strangeandbutler.com
STRANGE & BUTLER
12100 Wilshire Blvd., Suite 1900
Los Angeles, CA 90025
Telephone: (310) 207-5055
Facsimile: (310) 826-3210

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| KAREN LUCIA, JEFFREY LUCIA, and GAIL CAPLAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A. d/b/a WELLS FARGO HOME MORTGAGE and DOES 1 through 10,<br><br>Defendants. | Case No. CV10 4749 VC<br><br>CLASS ACTION<br><br>**JOINT CASE MANAGEMENT STATEMENT RE PLAINTIFFS KAREN AND JEFFREY LUCIA AND GAIL CAPLAN**<br><br>Date: January 19, 2016<br>Time: 11:00 a.m.<br>Courtroom: 4<br><br>Assigned to the Honorable Vince Chhabria<br><br>Action Filed on October 20, 2010 |

Plaintiffs Karen and Jeffrey Lucia ("Lucias") and Gail Caplan ("Caplan"), and Defendant Wells Fargo Bank, N.A., hereby respectfully submit the following Joint Case Management Statement in advance of the Further Case Management Conference scheduled in the three related cases (*Lucia*, *Corvello* and *Jackmon*) on January 19, 2016.

The Court's ruling on the class certification motion in the *Corvello and Jackmon* cases is still pending. As a result, the parties have stipulated that Caplan's claims are stayed as she is a member of the putative class. The Lucias' claims are not stayed as they are not members of the putative class. The parties are working toward an informal resolution of the Lucias' claims on an individual basis.

Dated: January 12, 2016

Respectfully submitted,

STRANGE & BUTLER

By: /s/ Brian R. Strange
    Brian R. Strange
    bstrange@strangeandbutler.com
    STRANGE & BUTLER
    12100 Wilshire Blvd., Suite 1900
    Los Angeles, CA 90025
    Tel: (310) 207-5055
    Fax: (310) 826-3210

    Attorney for Plaintiffs

WELLS FARGO BANK, N.A.

By its attorneys,

*/s/ David D. Christensen*
Irene C. Freidel (*pro hac vice*)
irene.freidel@klgates.com
David D. Christensen (*pro hac vice*)
david.christensen@klgates.com
Jennifer J. Nagle (*pro hac vice*)
jennifer.nagle@klgates.com
**K&L GATES LLP**
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Tel.: (617) 261-3100
Fax: (617) 261-3175

Matthew G. Ball (SBN: 208881)
matthew.ball@klgates.com
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel.: (415) 882-8200
Fax: (415) 882-8220

Dated: January 12, 2016

### **FILER'S ATTESTATION**

I, Brian R. Strange, am the ECF User whose ID and password are being used to file this document and, in compliance with Local Rule 5-1(i)(3), hereby attest that all signatories concur with this filing.

By: ___/s Brian R. Strange___
Brian R. Strange

3
JOINT CASE MANAGEMENT STATEMENT                    CASE NO. CV10 4749 VC