Steve W. Berman (Pro Hac Vice)
Thomas E. Loeser (Cal. Bar No. 202724)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
toml@hbsslaw.com

Peter B. Fredman (Cal. Bar No. 189097)
LAW OFFICE OF PETER FREDMAN PC
125 University Ave, Suite 102
Berkeley, CA 94710
Telephone: (510) 868-2626
Facsimile:  (510) 868-2627
peter@peterfredmanlaw.com

*Attorneys for Plaintiff AMIRA JACKMON and persons similarly situated*

Timothy G. Blood (Cal. Bar No. 149343)
Thomas J. O'Reardon II (Cal. Bar No. 247952)
BLOOD HURST & O'REARDON LLP
600 B. Street, Suite 1550
San Diego, CA 92101
Telephone: (619) 338-1100
Facsimile: (619) 338-1101
tblood@bholaw.com
toreardon@bholaw.com

*Attorneys for Plaintiff PHILLIP R. CORVELLO, and persons similarly situated*

Matthew G. Ball (Cal. Bar No. 208881)
matthew.ball@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel.: (415) 882-8200
Fax: (415) 882-8220

Irene C. Freidel (*pro hac vice*)
irene.freidel@klgates.com
Jennifer J. Nagle (*pro hac vice*)
jennifer.nagle@klgates.com
David D. Christensen (*pro hac vice*)
david.christensen@klgates.com
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Tel.:  (617) 261-3100
Fax:  (617) 261-3175

*Attorneys for Defendant WELLS FARGO BANK, N.A. d/b/a AMERICA'S SERVICING COMPANY*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP R. CORVELLO, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A. d/b/a WELLS FARGO HOME MORTGAGE d/b/a AMERICA'S SERVICING COMPANY,<br><br>Defendant. | Case No. 10-cv-05072 VC<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND DEADLINE TO SUBMIT PROPOSED CLASS NOTICE FOR COURT'S APPROVAL**<br><br>**[Re Corvello Dkt. No. 144]** |

| | |
|---|---|
| AMIRA JACKMON, individually, and on behalf of others similarly situated,<br><br>          Plaintiff,<br><br>    v.<br><br>AMERICA'S SERVICING COMPANY and WELLS FARGO BANK, N.A.,<br><br>          Defendants. | Case No. 11-cv-03884 VC |

    Plaintiffs Phillip R. Corvello ("Corvello"), and Amira Jackmon ("Jackmon") (collectively "Plaintiffs") and Defendant Wells Fargo Bank, N.A. a/k/a America's Servicing Company ("Wells Fargo") (the "parties") hereby stipulate and request an order as follows:

    WHEREAS,

1. On April 18, 2016, the Court ordered the parties to "submit a revised class notice for the Court's approval, by way of administrative motion, by May 2, 2016." Corvello Dkt. No. 144.

2. The Court previously scheduled a further case management conference for May 10, 2016, with an updated joint statement due May 3, 2016, for the purpose of scheduling further proceedings in this case.

3. On April 27, 2016, the parties participated in an initial settlement conference before Magistrate Judge Jacqueline Corley.

4. The parties are working to determine whether a further settlement conference would be productive at this time.

5. The parties agree that if there is potential for a settlement in the near term, then it would be preferable to delay class notice on that basis.

6. The parties also agree that, if there is potential for settlement in the near term, then it would be preferable to delay certain pending discovery that is not directly relevant to settlement.

///

**THEREFORE,** the parties request an extension of the deadline to submit a revised class notice to May 9, 2016. Accordingly, the parties further request a continuation of the further case management conference to May 24, 2016 with updated joint statement due May 17, 2016.

**IT IS SO STIPULATED**

Dated: May 3, 2016

Plaintiff AMIRA JACKMON

/s/ Thomas E. Loeser
_____
Thomas E. Loeser
HAGENS BERMAN SOBOL SHAPIRO

Peter B. Fredman
LAW OFFICE OF PETER FREDMAN PC

Plaintiff PHILLIP R. CORVELLO

/s/ Timothy Blood
_____
Timothy G. Blood
Thomas J. O'Reardon II
BLOOD HURST & O'REARDON LLP

Defendant WELLS FARGO BANK, N.A.

/s/ Irene C. Freidel
_____
Irene C. Freidel (*pro hac vice*)
Matthew G. Ball
K&L GATES LLP

I, PETER FREDMAN, am the ECF User whose ID and password are being used to file this document, and in compliance with General Order No. 45, X.B., hereby attest that all signatories concur with this filing. */s/Peter Fredman*

**IT IS SO ORDERED**

The deadline to submit a revised class notice is extended from May 2, 2016 to May 9, 2016. The further case management conference is continued from May 10, 2016 to May 53, 2016 with updated joint statement now due May 46, 2016.

Dated: May 3, 2016

_____
VINCE CHHABRIA
United States District Judge

STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND DEADLINE RE CLASS NOTICE
*Corvello/Jackmon vs. Wells Fargo Bank et al.*– 10-cv-05072-VC, 11-cv-03884 VC
Page 3